PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Leroy Hayden                           Cr.: 0312-2-CR-10-00339-001
                                                         PACTS Number: 057659

Name of Sentencing Judicial Officer: Honorable Katharine S. Hayden

Date of Original Sentence: 06/07/11

Original Offense: Conspiracy to Commit Wire Fraud

Original Sentence: Two years probation; special condition to refrain from employment in the banking, financial or mortgage industry.

Type of Supervision: Probation                    Date Supervision Commenced: 06/07/11

## PETITIONING THE COURT

[ ]   To extend the term of supervision for     Years, for a total term of     Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

ALCOHOL/DRUG TESTING AND TREATMENT

You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.

## CAUSE

The offender tested positive for cocaine use on August 1, 2011.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 09/12/11

PROB 12B - Page 2
Leroy Hayden

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

9/23/11
_____
Date